Applications denied. On the facts found by the Court of Appeal, there appears no error of law in its judgment.

Writ denied. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.

253 So.2d 222

**EXCHANGE OIL AND GAS CORPORATION**

v.

**Gary E. GUILLOT.**

No. 51780.

Oct. 21, 1971.

In re: Gary E. Guillot applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of West Feliciana. 251 So.2d 479.

253 So.2d 222

**Floma G. HENDRY**

v.

**The JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.**

No. 51786.

Oct. 21, 1971.

In re: John Hancock Mutual Life Insurance Company applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 251 So.2d 500.